IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| GREGORY HUNT,<br><br>Petitioner,<br><br>v.<br><br>KIM T. THOMAS, Commissioner,<br>Alabama Department of Corrections,<br><br>Respondent. | Civil Action Number<br>6:06-cv-1209-LSC-PWG<br><br>**Petitioner is under a<br>sentence of death**<br><br>**No execution is currently<br>scheduled** |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Petitioner Gregory Hunt respectfully moves this Honorable Court, pursuant to 28 U.S.C. § 2250, Rule 24(a) of the Federal Rules of Appellate Procedure, and Rule 3 of the Rules Governing § 2254 Proceedings in the United States District Courts, for leave to proceed in this matter and on appeal *in forma pauperis*, without prepayment of costs or fees. Mr. Hunt was declared indigent at trial and proceeded with *pro bono* counsel in all of the prior proceedings in this case. *See* (Doc. 8 at p. 1).

Undersigned counsel will provide to this Court Mr. Hunt's Application to Proceed in District Court Without Prepaying Fees or Costs and his Prison Account Certificate from Holman Correctional Facility as soon as these documents are received from the institution.

Respectfully submitted this 24th day of March, 2014.

   /s/ **Anne E. Borelli**
ANNE E. BORELLI
Alabama Bar No. ASB-2419-A52B
E-mail: Anne_Borelli@fd.org

   /s/ **W. Marcus Ermine**
W. MARCUS ERMINE
Georgia Bar No. 321851
E-mail: marcus_w_ermine@fd.org

Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, Alabama 36104
Telephone (334) 834-2099
Fax (334) 834-0353

*Counsel for Greg Hunt*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2014, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Beth Jackson Hughes, Esq.
    Capital Litigation Division
    Office of the Attorney General
    501 Washington Avenue
    Montgomery, Alabama 36104

                                           **/s/ Anne E. Borelli**
                                           ANNE E. BORELLI
                                           Alabama Bar No. ASB-2419-A52B
                                           E-mail: Anne_Borelli@fd.org

                                           **/s/ W. Marcus Ermine**
                                           W. MARCUS ERMINE
                                           Georgia Bar No. 321851
                                           E-mail: marcus_w_ermine@fd.org

                                           Federal Defenders
                                           Middle District of Alabama
                                           817 South Court Street
                                           Montgomery, Alabama 36104
                                           Telephone (334) 834-2099
                                           Fax (334) 834-0353

                                           *Counsel for Greg Hunt*