## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 24, 2014

Anne E. Borelli
Federal Defender Program, Inc.
817 S COURT ST
MONTGOMERY, AL 36104

Appeal Number: 14-11233-P
Case Style: Gregory Hunt v. Commissioner, AL DOC
District Court Docket No: 6:06-cv-01209-LSC-PWG

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries. Upon receipt of the district court's order concerning whether a certificate of appealability will be issued, we will advise you regarding further requirements.

Upon entry of an order regarding a certificate of appealability and/or leave to proceed in forma pauperis on appeal, the district court clerk is requested to forward a copy of the order to this court.

Per our telephone conversation, you notified this Court that motions to appoint counsel and to proceed in forma pauperis would be filed in the district court today.

FRAP 26.1 and the accompanying circuit rules provide that the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) must be filed by every appellant [and cross-appellant] with this court within 14 days after the date the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a certificate is electronically filed using the ECF system, the party filing it must also complete the court's web-based certificate at the Web-Based CIP link of the court's website. Pro se parties are **not required or authorized** to complete the web-based certificate.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and

Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Jan S. Camp / cpm
Phone #: (404) 335-6171 or 335-6200

HAB-1 Ntc of dktg COA IFP pndg DC